In The United States District Court
For The Eastern District of Pennsylvania

Dr Jeffrey David Isaacs

vs.

Trustees of Dartmouth et al

Civil Action No.

13 - 5708

**Motion** for Leave for ECF Registration

Plaintiff hereby motions for ECF registration.
(application attached)

Respectfully submitted,

Jeffrey D. Isaacs

Plaintiff (pro se)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

OFFICE OF THE CLERK OF COURT

ELECTRONIC CASE FILING (ECF)
ACCOUNT REGISTRATION FORM

This Electronic Case Filing (ECF) Account Registration Form shall be used to register for an account with the U.S.D.C. for the Eastern District of Pennsylvania's Electronic Case Filing (ECF) system. ECF Registered attorneys will have privileges to electronically submit documents in accordance with Local Civil Rule 5.1.2 and Local Criminal Rule 1.2.

(Please Print or Type)

First Name: __Jeffrey__   Middle Initial/Name: __David__

Last Name: __ISAACS__   Generation (i.e., Sr., Jr.) __—__

Firm: __—__   Bar Id No. and State: __—__

Address: __3553 W Chester Pk__

Address: __Unit 177__

City: __Newtown Sq__   State: __PA__   Zip Code __19073__

Telephone No: (__610__) __202-1460__   FAX No: (__)

E-mail Address: __jeffreyd:@gmail.com__

Last 4 digits of your Social Security number (to be used for the log-in code): __0987__

Are you admitted to practice in the Eastern District of Pennsylvania?
☐ Yes   ☒ No

  If yes, are you a member in good standing?
  ☐ Yes   ☐ No

Are you admitted to practice pro hac vice in the Eastern District of Pennsylvania?
☐ Yes   ☐ No

Are you a registered ECF Filer in another U.S. District or Bankruptcy Court?
☒ Yes   ☐ No   __NHD__

  If yes, please provide the district you are a registered ECF User and the log-in and password if you would like to have the same log-in and password.

  District: __NHD__   Log-in: __??__   Password: __?__

4/07

*By submitting this account registration form, the undersigned agrees/consents to the following:*

1. I have read and understood the provisions of Rule 5.1.2 of the Local Rules of Civil Procedure, "Electronic Case Filing," amended Rule 1.2 of the Local Rules of Criminal Procedure, "Applicability and Effect of Local Rules," and the court's ECF Procedures set forth in Rule 5.1.2, and I agree to abide by all provisions set forth therein.

2. I agree that the combination of the user log-in and password will serve as my signature for purposes of the Federal Rules of Civil and Criminal Procedure. I further agree to protect the security of my password and to immediately notify the clerk of court by telephone, with said notification confirmed immediately thereafter in writing delivered by e-mail, facsimile or hand-delivery to the attention of the clerk of court, as soon as I learn that my password may have been compromised.

3. In accordance with the provisions of Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure and Section 8 of the ECF Procedures, I agree that service may be given to me by electronic transmission and I consent to make electronic service of all documents.

4. I have read and understood the provisions of Rule 11 of the Federal Rules of Civil Procedure, particularly as referenced in Sections 9 and 10 of the ECF Procedures, and I agree to abide by the provisions set forth therein.

5. I agree to waive the provisions of Rule 77(d) of the Federal Rules of Civil Procedure and Rule 49(c) of the Federal Rules of Criminal Procedure, providing for service of notice by mail, and I consent that such notice may be served by electronic transmission in accordance with Section 14 of the ECF Procedures.

6. All transmissions for electronic case filings of pleadings and documents to the ECF system shall be titled in accordance with the approved directory of civil and criminal events of the ECF system in a case in which an attorney is counsel of record or on any document which is construed as an entry of appearance in accordance with Local Civil Rule 5.1.

I hereby certify that the above information is true and correct and I am a member in good standing of the United States District Court for the Eastern District of Pennsylvania.

_____        9/30/13
Signature                                Date

Please return completed form by U.S. Mail to:    Michael E. Kunz
                                                 U.S. District Court
                                                 2609 U.S. Courthouse
                                                 601 Market Street
                                                 Philadelphia, PA 19106-1797
                                                 Attn: ECF

You will be notified of your user log-in and password by electronic mail. If you have any questions on the ECF registration process or the use of the electronic filing system, you may contact the Electronic Filing Information Center toll-free at 1-866-ECF-4ECF.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Electronic Case Filing (ECF)
*Notification of Case Activity Request Form*

As a registered Electronic Case Filing User, I am requesting that the following e-mail address(es) receive electronic notification of case activity on any case in which I have entered my appearance. I understand that the e-mail address(es) listed below will receive the electronic notification of case activity, in addition to the e-mail address that I listed on my ECF Registration Form.

(Please print or type the e-mail address(es))

E-Mail Address(es)
Maximum of 3

jeffrey.isaacs.wg03@wharton.upenn.edu

_pro se_

Jeffrey Isaacs
Attorney Name (Printed)

Attorney Signature

610-202-1460
Telephone No.

9/30/13
Date

If there are any future changes to the information listed above, an amended *Notification of Case Activity Request Form* must be submitted. If more than 3 e-mail addresses are required, please submit a request to the Clerk of Court.

Please return this completed form to: Michael E. Kunz, Clerk of Court, 601 Market Street, Room 2609, Philadelphia, PA 19106-1797, ATTN: ECF or FAX (215) 597-6390.