IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dr. Jeffrey David Isaacs<br>　　　　Plaintiff<br><br>　　v.<br><br>Trustees of Dartmouth College,<br>Arizona Board of Regents,<br>Dr. Marc Bertrand,<br>Dr. Jim Yong Kim,<br>Kathleen Peahl, Esquire,<br>Dr. Amy Waer, Mary Hitchcock<br>　Memorial Hospital, University<br>of Arizona Health Sciences<br>　Center and John Doe #1 and #2<br>　　　　Defendants | :<br>:<br>:<br>:<br>:<br>:  Case No. 13-5708<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

　　Please enter the appearance of Neil J. Hamburg and Jodi S. Wilenzik on behalf of Defendants, The Trustees of Dartmouth College, Dr. Jim Yong Kim, and Kathleen Peahl, Esquire, in the above-captioned matter.

October 11, 2013　　　　　　　/s/ Neil J. Hamburg
　　　　　　　　　　　　　　　NEIL J. HAMBURG (ID No. 32175)


　　　　　　　　　　　　　　　/s/ Jodi S. Wilenzik
　　　　　　　　　　　　　　　JODI S. WILENZIK (ID No. 89205)

　　　　　　　　　　　　　　　HAMBURG & GOLDEN, P.C.
　　　　　　　　　　　　　　　1601 Market Street, Suite 3310
　　　　　　　　　　　　　　　Philadelphia, PA  19103-1443
　　　　　　　　　　　　　　　(215) 255-8590

　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　The Trustees of Dartmouth College,
　　　　　　　　　　　　　　　Dr. Jim Yong Kim and
　　　　　　　　　　　　　　　Kathleen Peahl, Esquire

**CERTIFICATE OF SERVICE**

I certify that the foregoing Entry of Appearance has been filed electronically and is now available for viewing and downloading from the Court' Electronic Case Filing System. I further certify that a copy of the foregoing pleading is being served by regular mail, on the following:

>   Dr. Jeffrey D. Isaacs
>   3553 W. Chester Pike, Unit 177
>   Newtown Square, PA  19073

Dated: October 11, 2013          /s/ Jodi S. Wilenzik
                                 JODI S. WILENZIK