**NICHOLAS M. DONZUSO, ESQUIRE**
**IDENTIFICATION NUMBER 308741**
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**973-577-6260**
**Nicholas.Donzuso@lewisbrisbois.com**
**Attorneys for Defendants Arizona Board of Regents,**
**University of Arizona and Amy Waer, M.D.**

UNITED STATES IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
JEFFREY DAVID ISAACS,

                Plaintiff,

    v.

TRUSTEES OF DARTMOUTH COLLEGE, et al.,

                Defendants.
---------------------------------------------------------x

13-cv-05708 PTB

**DEFENDANTS ARIZONA BOARD OF REGENTS, UNIVERSITY OF ARIZONA AND AMY WAER, M.D.'S NOTICE OF MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

      PLEASE TAKE NOTICE that upon the annexed declaration of Nicholas M. Donzuso, Esq., dated October 23, 2013, and upon the exhibits attached thereto, defendants Arizona Board of Regents, University of Arizona and Amy Waer, M.D., by undersigned counsel, will move this Court, on a date and time to be set by this Court, at the Courthouse located at 601 Market Street, Philadelphia, Pennsylvania 19106, before the Honorable Petrese B. Tucker, United States District Court Chief Judge, for an Order pursuant to Rule 12 of the Federal Rules of Civil

4839-6989-3398.1

Procedure granting Movants an extension of time until November 15, 2013 to move, answer or otherwise respond to the Complaint herein and such other and further relief as is just and proper.

                                     **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                     By: /s/ Nicholas M. Donzuso
                                            Nicholas M. Donzuso, Esq.

Dated: October 23, 2013

4839-6989-3398.1