**NICHOLAS M. DONZUSO, ESQUIRE**
**IDENTIFICATION NUMBER 308741**
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Riverfront Plaza
Newark, New Jersey 07102
973-577-6260
Nicholas.Donzuso@lewisbrisbois.com
**Attorneys for Defendants Arizona Board of Regents,**
**University of Arizona and Amy Waer, M.D.**

### UNITED STATES IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
JEFFREY DAVID ISAACS,

         Plaintiff,

   v.

TRUSTEES OF DARTMOUTH COLLEGE, et al.,

         Defendants.
---------------------------------------------------------x

13-cv-05708 PTB

### ATTORNEY DECLARATION IN SUPPORT OF DEFENDANTS ARIZONA BOARD OF REGENTS, UNIVERSITY OF ARIZONA AND AMY WAER, M.D.'s MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

     I, Nicholas Donzuso, declare under penalty of perjury that:

     I am an attorney duly licensed to practice before the United States District Court, Eastern District of Pennsylvania, and am an attorney with the law firm of Lewis Brisbois Bisgaard & Smith LLP, attorneys for the defendants Arizona Board of Regents, University of Arizona and Amy Waer, M.D. ("Movants"). If called upon to do so, I would and could competently testify that the following matters are true and correct based on my personal knowledge, except as to

those matters states on information and belief, as to those matters, I believe them to be true and correct.

1. The pro se plaintiff instituted this action against Movants and other defendants in this Court by filing a Complaint, a copy of which is annexed hereto as Exhibit A.

2. Plaintiff asserts several claims for relief allegedly involving a conspiracy among Movants and the other defendants to cause him harm.

3. I am advised that service of process was effected upon the dean of the University of Arizona School of Medicine on October 4, 2013 and upon Dr. Waer on October 10, 2013. It is unknown at this time if service of process has been effected upon the Arizona Board of Regents.

4. My firm was only recently retained to represent Movants and my Notice of Appearance and Movant's Rule 7.1 Certificate is being filed contemporaneously with this motion. Due to the recent retention of counsel, additional time is required in order to investigate the claims asserted and to determine how to proceed in responding to the Complaint. Among other matters, it is necessary to determine whether there is a basis for personal jurisdiction in this Court as to Movants, as well as subject matter jurisdiction by reason of the possible applicability of the Eleventh Amendment to the United States Constitution.

5. My colleague Peter T. Shapiro, Esq., who is not admitted in this Court but is the lead counsel for Movants and whose admission pro hac vice will be sought via motion in the near future, sent an email message to the pro se plaintiff on October 17, 2013, asking if he would consent to an extension of Movants' time to respond to the Complaint. Mr. Shapiro advises me that plaintiff did not respond to that email. Accordingly, it is not possible to seek an extension on consent.

6. Because the time for Movants to respond to the Complaint will expire in the near future, and Movants intend to defend Plaintiff's claims and do not intend to default herein, we respectfully request that the Court grant an extension of Movants' time to respond to the Complaint until November 15, 2013.

7. No prejudice will result from granting the instant motion. This action was only recently filed and no substantive proceedings have taken place to date. On information and belief, no other defendant has filed an answer or other response to the Complaint and proof of service upon all defendants has not yet been filed.

8. Annexed hereto as Exhibit B is a proposed order granting the relief requested.

9. No prior request for an extension of time to respond to the Complaint has been filed by Movants.

**I declare under penalty of perjury that the foregoing is true and correct.**

                                            /s/ Nicholas M. Donzuso
                                              Nicholas M. Donzuso

Dated: October 23, 2013