

Jeffrey Isaacs <jeffreydi@gmail.com>

# ERAS INVESTIGATION NOTIFICATION-JEFFREY DAVID ISAACS AAMC ID 12121531

1 message

---

**ERASInvestigations** <erasinvestigations@aamc.org>     Wed, Apr 18, 2012 at 4:49 PM
To: "jeffrey.isaacs.wg03@wharton.upenn.edu" <jeffrey.isaacs.wg03@wharton.upenn.edu>

Dear Dr. Isaacs:

ERAS-the Electronic Residency Application Service (ERAS(r)) has initiated an investigation of your ERAS 2012 application. We have been informed that there is a discrepancy with your ERAS application. Specifically:

It was discovered you attended Keck School of Medicine of the University of Southern California from August 2005 through June 2006. Additionally, there is information that from July 1, 2010 through August 13, 2010 you held a position with the University of Arizona, as a Surgery Resident. In viewing your certified application dated October 13, 2011 this information was not provided.

By omitting this information, you failed to provide complete, timely and accurate information.

We request that you provide us with any information you may have about this matter in a written and signed statement within two weeks of your receipt of this letter.  Unless you specifically request otherwise, a copy of your statement will be appended to any future report issued, along with any other relevant information collected.

A copy of the allegation letter, AAMC Policies and Procedures for Investigating Reported Violations of Residency/Fellowships Application Standards' and your application is enclosed for your viewing.

Your response can be sent electronically to ERASInvestigations@aamc.org as well as hard copy to:

Association of American Medical Colleges
2450 N Street NW
Attn: B. Renee Overton, Director, ERAS
Washington, DC 20037

Best wishes,
Rochelle Campbell
ERAS Administrative Specialist
Association of American Medical Colleges
2450 N Street NW
Washington, DC 20037
202 828-0508
rcampbell@aamc.org

---


ERASInvestigationPackageElectronicVersion.pdf
3114K



Jeffrey Isaacs <jeffreydi@gmail.com>

## RE: ERAS INVESTIGATION NOTIFICATION-JEFFREY DAVID ISAACS AAMC ID 12121531

1 message

---

**ERASInvestigations** <erasinvestigations@aamc.org>   Thu, May 3, 2012 at 1:00 PM
To: "Jeffrey D. Isaacs" <jeffrey.isaacs.wg03@wharton.upenn.edu>

Thank you for your response. Your request is reasonable, and as such, we will honor your request to keep the Keck information off of the report. This will require that you submit a new statement that does not mention the Keck school and we will provide a new draft preliminary report that only mentions your time at Arizona. Please note, that our director is out of the office this week, so the report may be delayed waiting on her approval.

Best Regards -


-----Original Message-----
From: jeffreydi@gmail.com [mailto:jeffreydi@gmail.com] On Behalf Of Jeffrey D. Isaacs
Sent: Wednesday, May 02, 2012 12:45 PM
To: ERASInvestigations
Subject: Re: ERAS INVESTIGATION NOTIFICATION-JEFFREY DAVID ISAACS AAMC ID 12121531

Dear Rochelle,

Attached is my signed response to the ERAS investigation you notified me about on April 18, 2012. Please let me know if there is any further information that will be of use to you.

Regards,
Jeffrey Isaacs


On Wed, Apr 18, 2012 at 4:49 PM, ERASInvestigations <erasinvestigations@aamc.org> wrote:
> complete, timely and accurate information